### UNITED STATES BANKRUPTCY COURT
#### Northern District of Illinois .  Western Division

IN RE:                                                    CHAPTER 13
ROBERT W. SMITH
KIMBERLY K. SMITH                                         CASE NO.  13-81531


### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:    Wells Fargo Bank NA**                    **Court claim #: 10**

**Last four digits** of any number used to identify the debtor's account: 7566

| *Final Cure Amount* | |
| --- | --- |
| Amount of Prepetition Arrears | $58.03  (Per Confirmed Amended Plan filed 11/14/13) |
| Amount Paid by Trustee | $58.03 |

| *Monthly ongoing Mortgage Payment* | |
| --- | --- |
| Mortgage is paid: | |
| ☒  Thru the Chapter 13 Plan | ☐  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).


Dated:   8/16/18                        /s/Lydia S. Meyer_____
                                        Lydia S. Meyer, Trustee
                                        308 W. State St., Suite 212
                                        Rockford, IL  61101

#### Certificate of Service
        I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 16th Day of August, 2018

Dated:   8/16/18                        /s/Cynthia K. Burnard_____

WELLS FARGO BANK NA
ATTN: BANKRUPTCY DEPT MAC X2302-04C
ONE HOME CAMPUS
DES MOINES, IA 50328-0001

WELLS FARGO BANK NA
ATTN: BANKRUPTCY DEPARTMENT
MAC #D3347-014  3476 STATEVIEW BLVD
FORT MILL, SC 29715

ROBERT W. SMITH
KIMBERLY K. SMITH
337 BORDEN AVE.
SYCAMORE, IL  60178

LAW OFFICE OF DIANE E. ELLIOTT
PO BOX 259
DEKALB, IL  60115